**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

NATALIE LAKE,
Plaintiff,
Case No.
v.

CREDIT CONTROL, LLC,
Defendant.
_______________________________________/

**PLAINTIFF'S COMPLAINT**

---

COMES NOW, Plaintiff, by and through counsel, and for her Complaint against Defendant, Credit Control, LLC, respectfully alleges as follows:

## I. INTRODUCTION

1. Plaintiff, Natalie Lake, a Florida resident, brings this action under Fair Debt Collection Practice Act, 15 U.S.C. § 1692, et seq. (the "FDCPA"), against Defendant, Credit Control, LLC, for violations of the Fair Debt Collection Practice Act 15 U.S.C. § 1692 et seq. (FDCPA) which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices and makes them liable under 15 U.S.C. § 1692k.

## II. PARTIES

2. Plaintiff, Natalie LakeE, is a "consumer" as defined by 15 U.S.C. § 1692a(3). Plaintiff is a natural person. Plaintiff is a resident of the State of FL.
3. Defendant, Credit Control, LLC ("Credit Control"), is a "debt collector" as defined by 15 U.S.C. § 1692a(6). Upon information and belief, Credit Control is a foreign limited liability company doing business at all relevant times in Florida, and may be served with process by serving its registered agent, CT Corporation System, 1200 South Pine Island Road, Plantation, FL, 33324, USA, which service is hereby requested.

## III. VENUE AND JURISDICTION

4. Personal jurisdiction exists over Defendant, Credit Control, as the Defendant has the necessary minimum contacts with the State of Florida, and this suit arises out of Defendant's specific conduct with Plaintiff in Florida. All the actions described in this complaint occurred in Miramar, FL.
5. Venue is proper as Defendant, Credit Control, does business in this judicial district.

## IV. FACTUAL BACKGROUND

6. Plaintiff reasserts each of the preceding paragraphs as if set forth here in their entirety.
7. Plaintiff alleged "debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5) is an alleged debt that arose from a transaction entered into primarily for personal, family, and household purposes.
8. Defendant is a debt collection company that engages in the business of debt collection. Defendant's principal business purpose is the collection of defaulted debts, and uses various instruments of interstate commerce to accomplish debt collection, including sending letters, calling on the phone, credit reporting, filing lawsuits, etc. For the purposes of this action, Defendant is classified as a "debt collector" under the provisions of the FDCPA, specifically 15 U.S.C. § 1692a(6).
9. Defendant is engaged in the collection of debt from consumers using the mail, electronic communication (such as emails and SMS), and by telephone. Defendants regularly attempt to collect consumers' debts alleged to be due to another.
10. Credit Control acquired or assigned the account from Bank of America.

11. Plaintiff received an email without prior solicitation or consent from Credit Control on February 24, 2026, in an attempt to collect an alleged debt originally owed to Bank of America in the amount of $1,140.74.
12. On March 1, 2026, Plaintiff responded in writing stating, "I am unwilling to pay this debt", see Exhibit 1.
13. Despite the clear refusal to pay, in an attempt to intimidate, harass, and oppress Plaintiff, on March 2, 2026, March 11, 2026, and March 12, 2026, Credit Control sent multiple subsequent communications attempting to collect this alleged debt, see Exhibit 2.
14. This communication was sent to confuse, harass, and deceive the Plaintiff.
15. When a consumer notifies the company in writing of their refusal to pay, the company shall not communicate further unless it meets one of the exceptions according to 15 U.S.C. § 1692c(c).
16. Defendants did not meet any of the three exceptions under which they can continue to communicate with the Plaintiff, thus violating the Plaintiff's rights.
17. Plaintiff has suffered actual damages as a result of these illegal collection tactics by the Defendant in the form of invasion of privacy, personal embarrassment, loss of productive time, emotional distress, frustration, anger, humiliation, and other negative emotions.
18. As a direct and proximate result of Defendants' willful, malicious, reckless, wanton, and or negligence, as mandated by the FDCPA, Plaintiff has been harmed, as explained above.

## V. CREDIT CONTROL'S VIOLATIONS OF 15 U.S.C § 1692 et seq.

19. Plaintiff reasserts each of the preceding paragraphs as if set forth here in their entirety.
20. Defendants' violations include, but are not limited to, the following:

(a) Defendants violated 15 U.S.C § 1692c(c) by communicating with the Plaintiff with respect to a debt after a refusal to pay was sent in writing.

(b) Defendants violated 15 U.S.C § 1692d by sending subsequent communications to the Plaintiff attempting to collect the alleged debt in order to harass her.

21. Defendant failed to reasonably comply with the Plaintiff's dispute as shown previously. Defendant knew the Plaintiff had refused to pay, but chose to dismiss the Plaintiff's rights under the FDCPA and pursue debt collection activity regardless.

22. Defendants' actions violated 15 U.S.C. § 1692c and 15 U.S.C. § 1692d and render them liable for actual and statutory damages and costs under 15 U.S.C. § 1692k.

23. At all times pertinent hereto, Defendants' conduct was willful and carried out in reckless disregard for a consumer's right as set forth under the Fair Debt Collection Practices Act.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Defendant for all damages allowable, costs, expenses, attorney fees, injunctive relief to prevent further violations, and for such other and further relief as may be just and proper.

Respectfully submitted on May 7, 2026:

*/s/ Miranda Jackson*
Miranda Jackson, Esq.
FBN 0098593
Attorney for Plaintiff
Your Good Lawyers
501 N Magnolia Ave
Orlando, FL 32801
(407) 710-0130
civil@yourgoodlawyers.com

EXHIBIT 1

Gmail

Jennifer Sanford <civil@yourgoodlawyers.com>

## Fwd: Natalie Delores, do you prefer weekly or bi-weekly payments?

1 message

**Zion _02** <natalie.d.lake@gmail.com>
To: civil@yourgoodlawyers.com

Tue, Mar 3, 2026 at 12:04 PM

This is the first email and my response.

I also received mail showing the charges from them.

Should I upload it in the portal?

---------- Forwarded message ---------
From: **Zion _02** <natalie.d.lake@gmail.com>
Date: Sun, Mar 1, 2026, 8:38 AM
Subject: Re: Natalie Delores, do you prefer weekly or bi-weekly payments?
To: Credit Control LLC. <LAS1@notice.credit-control.com>

I am unwilling to pay this debt.

On Tue, Feb 24, 2026, 4:48 PM Credit Control LLC. <LAS1@notice.credit-control.com> wrote:

> Unsubscribe
>
> We get it, Natalie Delores.
>
> Situations happen and bills don't get paid, but we want you to know that we can help with your Bank of America, N.A. account.
>
> Did you know you can schedule weekly, bi-weekly or monthly payments?
>
> We offer customized payment plans to work with your payment schedule and budget.
>
> 
>
> What's Next
>
> Click on the link below to go to our website and start customizing your own plan. Try different options until you find one that works for you.
>
> Customize A Plan

## Need Other Options?

Call us at (866) 545-1101 and one of our friendly agents will be happy to assist.

CREDITCONTROL℠

Website: www.credit-control.com
Phone Number: (866) 545-1101

## Your Account Information

Creditor: Bank of America, N.A.
Reference Number: PRS18135614
Account Number: ############2177
Account Balance: $ 1,140.74

## Ways to Pay

- Online
  - Use the Log In button above or
  - Visit our website at www.credit-control.com
- Mail
  - Send payment to: PO Box 546, Hazelwood MO 63042
  - Please make your check or money order payable to Credit Control, LLC and
  - Include the reference number in the memo section.
- Phone
  - Call us toll-free at (866) 545-1101 to make a payment or discuss payment arrangements.
  - Calls are recorded and may be monitored. You may ask for Albert Bastian.
  - Hours of Operation ET: M-TH 8am-11pm, F 8am-8pm, Sat 11am-3pm

Credit Control, LLC
3300 Rider Trail S. Suite 500, Earth City, MO 63045

Please do not reply to this email as email sent to this address cannot be monitored. If you wish to stop receiving email communication for this account, please click unsubscribe at the bottom of this message.

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

313

Unsubscribe

EXHIBIT 2

Gmail

Jennifer Sanford <civil@yourgoodlawyers.com>

# Fwd: Natalie Delores, would smaller payments help?

1 message

**Zion _02** <natalie.d.lake@gmail.com> Tue, Mar 3, 2026 at 12:02 PM
To: civil@yourgoodlawyers.com

Good day,

I received this email from Credit Controlafter I responded that I was unwilling to pay the debt

I'm going to forward you the first one as well.

---------- Forwarded message ---------
From: **Zion _02** <natalie.d.lake@gmail.com>
Date: Mon, Mar 2, 2026, 7:09 PM
Subject: Re: Natalie Delores, would smaller payments help?
To: Credit Control LLC. <LAS1@notice.credit-control.com>

I refuse to pay this debt

On Mon, Mar 2, 2026, 5:04 PM Credit Control LLC. <LAS1@notice.credit-control.com> wrote:

> Unsubscribe
>
> Hi Natalie Delores,
>
> Wouldn't it be great to get out of debt?
>
> The amount due on this account may seem like an unreachable mountain, but every journey begins with a single step.
>
> 
>
> We want to make it easy for you to take that first step.
> We can divide your account balance into smaller monthly payments. Check this out!
>
> - **Pay $95.06 a month for 12 months and you can put this debt behind you.**
>
> After completion of this plan, your account will be resolved and collection efforts will cease. Your full payment amount will also go towards the account balance since no new interest or fees will be assessed. This offer will

remain open until at least 03/23/2026. We are not obligated to renew this offer.

## What's Next

Click on the link below to go to our website and get started. Here you can also customize your own plan and try different options until you find one that works for you. We even have weekly and bi-weekly options to work with your pay schedule.

Log In

If you need other options, feel free to call us at (866) 545-1101 and one of our friendly agents will be happy to assist.

Knowing how to manage your money better has never been more important. Now you can take advantage of a free financial education tool created by Bank of America in partnership with the Khan Academy. Visit Bettermoneyhabits.com to start today.

CREDITCONTROL℠

Website: **www.credit-control.com**
Phone Number: (866) 545-1101

## Your Account Information

Creditor: Bank of America, N.A.
Reference Number: PRS18135614
Account Number: ############2177
Account Balance: $ 1,140.74

## Ways to Pay

- Online
  - Use the Log In button above or
  - Visit our website at www.credit-control.com
- Mail
  - Send payment to: PO Box 546, Hazelwood MO 63042
  - Please make your check or money order payable to Credit Control, LLC and
  - Include the reference number in the memo section.
- Phone
  - Call us toll-free at (866) 545-1101 to make a payment or discuss payment arrangements.
  - Calls are recorded and may be monitored. You may ask for Albert Bastian.
  - Hours of Operation ET: M-TH 8am-11pm, F 8am-8pm, Sat 11am-3pm

Credit Control, LLC
3300 Rider Trail S. Suite 500, Earth City, MO 63045

Please do not reply to this email as email sent to this address cannot be monitored. If you wish to stop receiving email communication for this account, please click unsubscribe at the bottom of this message.

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

Letter Date
03/11/2026

**Credit Control, LLC**
3300 Rider Trail S, Suite 500
Earth City, MO 63045
(877) 980-1040

Hours of Operation (ET):
M-TH 8a.m.-11p.m.
F 8a.m.-8p.m., SA 11a.m.-3p.m.

## Your Account Information

Current Creditor: Bank of America, N.A.

Reference #: PRS18135614
Account #: ************2177
Amount Due: $1,140.74

## WE ARE HERE TO HELP

Dear NATALIE DELORES LAKE,

We would like to help you resolve your outstanding balance as quickly as your financial circumstances will allow.

Below is a guide that will give you an idea of some repayment options and how much will be needed to be paid monthly, over time, to pay your account in full. These amounts are based on your current balance owed and are estimated. Please call us prior to your final payment for an exact payoff amount.

- Make a one-time payment for the total amount due of $1,140.74
- Pay $95.06 for 12 months
- Pay $47.53 for 24 months
- Pay $31.69 for 36 months
- Pay $23.77 for 48 months
- Pay $19.01 for 60 months

Your payments will go towards the total Amount Due since no new interest or new fees will be assessed.

Knowing how to manage your money better has never been more important. Now you can take advantage of a free financial education tool created by Bank of America in partnership with the Khan Academy. Visit Bettermoneyhabits.com to start today.

If you wish to discuss additional repayment options, please contact us using any of the payment options below.

## Payment Instructions

Make a payment via our website at www.credit-control.com.

Submit payment via U.S. mail to: PO BOX 546, HAZELWOOD MO 63042-0546.
Please include your account number in the memo section of your check or money order.

Call us toll-free at (877) 980-1040 to make payment arrangements. Calls are recorded and may be monitored.
You may ask for Albert Bastian.

## Please Read Important Disclosures

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

The law limits how long you can be sued on a debt. Because of the age of your debt, you cannot be sued for it. The current creditor or debt collector believes that the legal time limit (statute of limitations) for suing you to collect this debt has expired. Even if the statute of limitations is expired, you may choose to make payments on the debt. However, be aware that if you make a payment on the debt, admit to owing the debt, promise to pay the debt, or waive the statute of limitations on the debt, the time period in which the debt is enforceable in court may start again.

**NOTICE: DISCLOSURES MAY CONTINUE ON THE REVERSE SIDE**

CSCRCT03
PO BOX 1280
OAKS, PA 19456-1280
CHANGE SERVICE REQUESTED

1 of 1 0033 013786

NATALIE DELORES LAKE
4577 SW 175TH AVE
MIRAMAR FL 33029-1643

PRS18135614~124~BOFA~260311~3~1_968CSCRCT03_SVOD14_729550275

124

Gmail Jennifer Sanford <civil@yourgoodlawyers.com>

# Fwd: Natalie Delores, you have options - your account ending in 2177

2 messages

**Zion _02** <natalie.d.lake@gmail.com> Thu, Mar 12, 2026 at 4:56 PM
To: Miranda Jackson <civil@yourgoodlawyers.com>

Good Day

I jist received this email again today.

I have already reaponded on previous emails that I am unwilling to pay this debt.

I also did the same today and will forward that as well.

---------- Forwarded message ---------
From: **Credit Control LLC.** <LAS1@notice.credit-control.com>
Date: Thu, Mar 12, 2026, 4:58 PM
Subject: Natalie Delores, you have options - your account ending in 2177
To: <natalie.d.lake@gmail.com>

Unsubscribe

## Can't afford to pay off your Bank of America, N.A. account all at once?

## That's OK!

We offer payment plans that allow you the opportunity to pay at your own pace with affordable payments until your balance is cleared!

### What's Next?

In a matter of moments you can create your own payment plan simply by clicking the Create My Plan button below. Feel free to try out different options on our website without worrying about being locked into a plan.

Create My Plan

### Need Help?

If you don't see what you need or if you need some help, just call and speak to one of our friendly representatives who can assist you.

CREDITCONTROL℠

Website: **www.credit-control.com**
Phone Number: (866) 545-1101

## Your Account Information

Creditor: Bank of America, N.A.
Reference Number: PRS18135614
Account Number: ############2177
Account Balance: $ 1,140.74

## Ways to Pay

- Online
  - Use the Log In button above or
  - Visit our website at www.credit-control.com
- Mail
  - Send payment to: PO Box 546, Hazelwood MO 63042
  - Please make your check or money order payable to Credit Control, LLC and
  - Include the reference number in the memo section.
- Phone
  - Call us toll-free at (866) 545-1101 to make a payment or discuss payment arrangements.
  - Calls are recorded and may be monitored. You may ask for Albert Bastian.
  - Hours of Operation ET: M-TH 8am-11pm, F 8am-8pm, Sat 11am-3pm

Credit Control, LLC
3300 Rider Trail S. Suite 500, Earth City, MO 63045

Please do not reply to this email as email sent to this address cannot be monitored. If you wish to stop receiving email communication for this account, please click unsubscribe at the bottom of this message.

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

314

Unsubscribe

---

**Zion _02** <natalie.d.lake@gmail.com> Thu, Mar 12, 2026 at 4:58 PM
To: Miranda Jackson <civil@yourgoodlawyers.com>

My response is below.

I wasnt sure if it showed in my first email.

---------- Forwarded message ---------
From: **Zion _02** <natalie.d.lake@gmail.com>
Date: Thu, Mar 12, 2026, 5:48 PM
Subject: Re: Natalie Delores, you have options - your account ending in 2177
To: Credit Control LLC. <LAS1@notice.credit-control.com>

I am unwilling to pay this debt

[Quoted text hidden]